## BOATMAN v. C. S. HAMILTON MOTOR CO.

### No. 13021.

Court of Civil Appeals of Texas. Dallas.

May 30, 1941.

Jas. D. O'Connor, of Dallas, for appellant.

Bromberg, Leftwich, Carrington & Gowan, of Dallas, for appellee.

PER CURIAM.

 We conclude the action of the trial court in rendering judgment for plaintiff non obstante veredicto was correct; defendant having waived her right to rescind as a matter of law. J. B. Colt Co. v. Head et al., Tex.Com.App., 292 S.W. 198. Likewise, her alternative suit for damages was waived, absent jury issues and findings on this phase of her cross action. All assignments and propositions have been fully considered, are overruled, and this cause is affirmed.

Affirmed.